UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW SHELLEY,<br>  Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Criminal No. 26cr10207

Violation:

Count One: Transmitting Threatening
Communication in Interstate Commerce
(18 U.S.C. § 875(c))

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1.    Defendant Matthew Shelley was not present in the District of Massachusetts. Shelley resided in the District of Montana.

2.    Victim 1 lived in the District of Massachusetts.

### The Interstate Threat

3.    On or about October 18, 2025, Shelley posted a message on X, a social media networking service, that contained a threat to kill Victim 1. At the time the message was sent, Victim 1 was in the District of Massachusetts.



<u>COUNT ONE</u>
Transmitting in Interstate Commerce a Threat to Injure the Person of Another
(18 U.S.C. § 875(c))

The Grand Jury charges:

4.    The grand jury re-alleges and incorporates by reference paragraphs 1-3 of this Indictment.

5.    On or about October 18, 2025, in the District of Massachusetts and elsewhere, the defendant,

MATTHEW SHELLEY,

knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON

CHRISTOPHER POHL
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 23, 2026
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn 7/23/2026 @ 1:10pm

DEPUTY CLERK

3