**Notice Exhibit**

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, __MATHEW SHELLEY__, Defendant, hereby assert my FIFTH and SIXTH AMENDMENT rights to remain silent and to have counsel present at any and all of my interactions with the Government or others acting on the Government's behalf.

I do not wish to, and unless my attorney is present, will not waive any of my constitutional rights.

I do not want the Government or others acting on the Government's behalf to question me, or to contact me seeking my waiver of any rights, unless my attorney is present.

_____

Signed:

_____

Date: 8.3.26

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

District of Montana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | Case No.   MJ-26-100-M-KLD |
| MATTHEW SHELLEY | ) ) | Charging District's Case No.    26CR10207 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*      **District of Massachusetts**

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)     a hearing on any motion by the government for detention;

(6)     request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒     an identity hearing and production of the warrant.

☒     a preliminary hearing.

☐     a detention hearing.

☐     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my ☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

John Rhodes
_____
*Printed name of defendant's attorney*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **MJ 26-100-M-KLD** |
| Plaintiff, | **ORDER APPOINTING COUNSEL:** |
| vs. | **FEDERAL DEFENDERS OF** |
| | **MONTANA** |
| MATTHEW SHELLEY, | John Rhodes |
| Defendant. | |

Upon consideration of the completed CJA 23 Form submitted by the above-named Defendant, and having determined that the Defendant is financially unable to obtain counsel;

IT IS HEREBY ORDERED that JOHN RHODES and the FEDERAL DEFENDERS OF MONTANA, INC., be appointed to represent the Defendant at the initial appearance only.

IT IS FURTHER ORDERED that the Defendant shall pay the sum of -0- DOLLARS ($-0-) per month to the Clerk of Court for defense costs in this matter, pursuant to 18 U.S.C. § 3006A(f). The first payment of $-0- shall be made on or before N/A, and each subsequent payment shall be made on or before the N/A day of each month,

1

during the pendency of this case.  If, during the pendency of this matter, the

Defendant's financial condition changes, the Defendant may petition the Court for a reduction in the defense costs in this matter.

Also pursuant to 18 U.S.C. § 3006, if investigation reveals that the Defendant owns or has control over assets not disclosed herein, the Defendant will be required to reimburse the United States for all or part of the defense costs expended in his behalf.

DONE and DATED this 3rd day of August, 2026.

John Johnston
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW SHELLEY,<br><br>Defendant. | MJ 26-100-M-KLD<br><br><br>ORDER |

Defendant Matthew Shelley was arrested in the District of Montana on July 30, 2026, on an arrest warrant issued out of the District of Massachusetts. Defendant's initial appearance took place on August 3, 2026, and the Court scheduled a detention hearing for August 4, 2026. (Doc. 2). Before the detention hearing began, Defendant asked to represent himself. (Doc. 8). In light of Defendant's request, the Court scheduled a Faretta hearing for August 6, 2026. (Doc. 9). Based on Defendant's statements in open court and the Court's colloquy with Defendant and the attorneys for both parties at the outset of the hearing, the Court finds there is reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. §

4241(a). Accordingly, and with the agreement of defense counsel and the government,

IT IS ORDERED that Defendant shall undergo a psychiatric or psychological evaluation pursuant to 18 U.S.C. § 4241(b) to determine his competency. Defendant is hereby committed to the custody of the Attorney General, for a period not to exceed thirty days, for placement in a suitable federal facility to undergo a psychiatric or psychological evaluation to determine if Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4247(b)-(c). This period of time may be extended pursuant to 18 U.S.C. § 4247(b) at the request of the facility.

IT IS FURTHER ORDERED that jurisdiction in this matter is hereby transferred to the District of Massachusetts. Defendant has reserved his right to a detention hearing and a Faretta hearing in the District of Massachusetts.

The U.S. Marshals Service will, as soon as practicable, transport Defendant to a suitable facility as designated by the Bureau of Prisons for purposes of the evaluation. When the evaluation has been completed, the U.S Marshals Service  //

//

shall transfer Defendant to the District of Massachusetts for further proceedings.

DATED this 6th day of August, 2026

_____
Kathleen L. DeSoto
United States Magistrate Judge